# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:19-cv-02522; 1:19-cv-02528; 1:19-cv-02570; 1:19-cv-02576;
1:19-cv-02582; 1:19-cv-02617; 1:19-cv-02617; 1:19-cv-02789;
1:19-cv-02841; 1:19-cv-02848; 1:19-cv-02850; 1:19-cv-02851;
1:19-cv-02852

_____

## ORDER ON (DKT. 11683) THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cook's Motion to Dismiss is **DENIED** in part, and **GRANTED** in part.

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cook' Motion to Dismiss is **GRANTED** as to the following cases:

1. Scott, Amber              1:19-cv-02582
2. Vaughn, Demarcus          1:19-cv-02617
3. Mitchell, John A. Jr.     1:19-cv-02841

The following cases have submitted a Categorization Form following the filing of Cook's motion to dismiss and, therefore, Cook's motion is **DENIED** for these cases:

1. Nicholson, Phyllis        1:19-cv-02522
2. Marshall, Edwin Jr.       1:19-cv-02528

2

3. Snyder, Barbara         1:19-cv-02570

4. Jones, Monika           1:19-cv-02576

5. Cressman, Robert III    1:19-cv-02617

6. Ratliff, Marilyn        1:19-cv-02789

7. Mitchell, John M.       1:19-cv-02848

8. Shields, Michael        1:19-cv-02850

9. Chavers, Amaris         1:19-cv-02851

10. Manseau, Michael       1:19-cv-02852

All parties shall bear their own fees and costs.

**SO ORDERED** this 30th day of October 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.